Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-3369<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| DONALD L. LEAVENWORTH individually and on behalf of MARY C. LEAVENWORTH, deceased, ROSS MEIER, and BRUCE NAZAROVICH<br><br>           Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ROSS MEIER and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009     By: /s/ Hector G. Gancedo
                              Hector G. Gancedo

Attorneys for Plaintiff, Ross Meier

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | DATED: June 2, 2009    By: _____ |
| 3 | DLA PIPER LLP (US) |
| 4 | 1251 Avenue of the Americas |
|   | New York, NY 10020 |
| 5 | Telephone: (212) 335-4500 |
|   | Facsimile: (212) 335-4501 |
| 6 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009    _____
Hon. Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**